UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**KEVIN WILSON**                                                                                   **PLAINTIFF**

v.                                                                **CIVIL ACTION NO. 1:12CV-P105-M**

**CENTRAL KY. NEWS JOURNAL et al.**                                   **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915(e)(2)(B)(ii).

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date: August 10, 2012

                                                       Joseph H. McKinley, Jr., Chief Judge
                                                          United States District Court

cc:    Plaintiff, *pro se*
        Defendants

4414.009