UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**KEVIN WILSON**                                                                                **PLAINTIFF**

v.                                                      CIVIL ACTION NO. 1:12CV-P105-M

**CENTRAL KY. NEWS JOURNAL et al.**                                **DEFENDANTS**

### ORDER

     For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915(e)(2)(B)(ii).

     There being no just reason for delay in its entry, this is a final Order.

     The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date: August 10, 2012

*[signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
          Defendants

4414.009